# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00160-KDB-DSC

| | |
|---|---|
| 20/20 COMMUNICATIONS INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| MY HOME RENOVATOR INC., | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Matthew M. Nee]" (document #10) filed February 27, 2020. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: February 27, 2020

_____
David S. Cayer
United States Magistrate Judge