# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
### Case No. 5:19-CV-160-KDB-DSC

| | |
|---|---|
| 20/20 COMMUNICATIONS INC. <br><br> Plaintiff, <br><br> v. <br><br> MY HOME RENOVATOR INC, <br><br> Defendant. | **ORDER STAYING MATTER PENDING ARBITRATION** |

**THIS MATTER** is before the Court on the Motion of Defendant My Home Renovator Inc. with the consent of the Plaintiff 20/20 Communications Inc., seeking an order staying all further proceedings in this case pending the outcome of binding arbitration. Based upon the consent of the parties and good cause shown, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that all further proceedings in this litigation are hereby **STAYED**;

**IT IS FURTHER ORDERED** that the parties are to select a sole arbitrator to conduct arbitration pursuant to JAMS rules but without JAMS administrative oversight;

**IT IS FURTHER ORDERED** that either party may submit the final arbitration award to this Court for entry as a judgment at the conclusion of the arbitration if the parties do not submit a stipulation of dismissal of this action.

**IT IS FURTHER ORDERED** that the parties shall submit a status report ninety days from entry of this Order and each ninety days thereafter.

**SO ORDERED**.     Signed: March 10, 2020

_____
David S. Cayer
United States Magistrate Judge



{PHD 01147655.DOCX }